## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Arlis B. Hamilton                                    Case No: 19−12996−amc

      Debtor(s)

_____

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 4/23/24

Timothy B. McGrath
Clerk of Court