Certificate Number: 12433-PAE-DE-032810260

Bankruptcy Case Number: 19-12996



12433-PAE-DE-032810260

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2019, at 2:30 o'clock PM EDT, Arlis B. Hamilton completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 13, 2019              By:    /s/Candace Jones

                                  Name:  Candace Jones

                                  Title: Counselor